**SEALED**

**FILED**

JUN 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-111-AC |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING CRIMINAL COMPLAINT, ARREST WARRANT, APPLICATION FOR SEARCH WARRANT, AFFIDAVIT IN SUPPORT AND SEARCH WARRANT |
| Jason Harley COSTA, | |
| Defendant. | |

**O R D E R**

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest Warrant and incorporated affidavit, Application for Search Warrant, Affidavit in Support, Search Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 6/27/17

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT,
APPLICATION FOR SEARCH WARRANT, SEARCH WARRANT AND
[PROPOSED] ORDER SEALING DOCUMENTS